# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Cynthia Hurst, | ) | CASE NO: 5:25CV1452 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER AND JUDGMENT** |
| | ) | |
| Experian Information Solutions, Inc., et al., | ) | |
| | ) | |
| | ) | (Resolves Docs. 20, 24, 25) |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court are two motions to dismiss (Docs. 20 and 25) and a motion for default judgment (Doc. 24) filed by Plaintiff Cynthia Hurst.  The motions are GRANTED.

The claims against Defendants Experian information Solutions, Inc. and Concord Servicing, LLC are hereby DISMISSED WITH PREJUDICE.

Default judgment is hereby entered against Defendant Tradebloc, Inc.  The Court finds that Hurst has properly established $56,244.74 in economic damages.  However, the record contains no evidence to support her claim for $5,000 in non-economic damages.  Accordingly, the Court will not award those damages.  Hurst has also demonstrated that treble damages are appropriate under the Ohio Consumer Sales Practices Act for TradeBloc's knowing violations.  Accordingly, Hurst's award is $168,734.22.  Moreover, as Hurst continues to incur a $15.17 daily interest charge on the outstanding debt, the Court finds an additional award of $1,562.51 plus $15.17 daily until the judgment is

2

satisfied is appropriate.  Finally, the Court finds that a reasonable award of attorney fees is required by law and that Hurst's documentation supports the award of $11,700.20. Accordingly, judgment is hereby award in favor of Hurst against Defendant Tradebloc in the amount of $181,996.93 plus $15.17 daily until judgment is satisfied with appropriate legal interest moving forward.

        This matter is hereby CLOSED.

        IT IS SO ORDERED.

January 29, 2026                                               /s/ *Judge John R. Adams*
Date                                                                JUDGE JOHN R. ADAMS
                                                                     UNITED STATES DISTRICT COURT